IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WENDELL R. HAMILTON,            ) | |
|                                 ) | |
|     Petitioner,     ) | |
|                                 ) | |
| vs.                             ) | Case No. CIV-05-836-M |
|                                 ) | |
| DAVID C. MILLER, Warden,        ) | |
|                                 ) | |
|     Respondent.     ) | |

## ORDER

On March 7, 2006, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition for writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by March 27, 2006. After receiving two extensions of time, petitioner timely filed his objection on May 11, 2006.

In his objection, petitioner objects to the Report and Recommendation in its entirety. Having carefully reviewed this matter de novo, the Court finds, for the reasons set forth in the Report and Recommendation, that petitioner's petition for writ of habeas corpus should be denied.

Accordingly, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on March 7, 2006;
(2) DENIES petitioner's petition for writ of habeas corpus, and
(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 23rd day of May, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE